UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE* SUBPOENA TO GENENTECH, INC. | Case No.  26-mc-80175-AGT |
| In connection with: | **ORDER RE: MOTION TO TRANSFER** |
| | Re: Dkt. No. 3 |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JULIANNE NUNNELLY and MATTHEW SHANKS, | |
| Plaintiffs, | |
| v. | |
| REGENERON PHARMACEUTICALS, INC., | |
| Defendant. | |

Regeneron Pharmaceuticals, Inc. (Regeneron) moves to compel Genentech, Inc.'s (Genentech) compliance with a subpoena. Dkt. 1. Regeneron served the subpoena in connection with *United States ex rel. Nunnelly v. Regeneron Pharmaceuticals, Inc.*, No. 20-cv-11401 (D. Mass. July 28, 2020). Regeneron is the defendant; Genentech is a third-party to that case. *Id.*

Regeneron also moves to transfer this matter. Dkt. 3. That motion to transfer has not yet been properly noticed. *See* Civil L.R. 7-2(a) ("all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35

days after filing of the motion").

In the interest of conserving judicial resources, the Court will decide the motion to transfer prior to the motion to compel. Accordingly, the Court now sets the following dead-lines for the motion to transfer. Any opposition or response is due June 18, 2026. Regeneron's reply is due June 25, 2026. The motion will be deemed submitted after that date. *See* Civil L.R. 7-1(b).[1]

Regeneron is directed to serve (by any means reasonably calculated to provide actual notice) a copy of this order upon Genentech and all other counsel in the underlying case. Regeneron is further ordered to file proofs of service by June 8, 2026.

**IT IS SO ORDERED.**

Dated: June 5, 2026

Alex G. Tse
United States Magistrate Judge

---

[1] If needed, after the resolution of the motion to transfer, the Court will set a briefing schedule for the motion to compel.